THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA
BERNHARD, Respondent, *v.* JOHN MILLER, Appellant.

*Appeal — order of Appellate Division affirming judgment of Court of
Special Sessions affirming judgment of Magistrate's Court — appeal to
Court of Appeals dismissed.*

*People ex rel. Bernhard* v. *Miller* 208 App. Div. 843, appeal dismissed.
(Argued February 26, 1925; decided March 31, 1925.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
April 28, 1924, which unanimously affirmed a judgment
of the Court of Special Sessions affirming a judgment of a
Magistrate's Court in the city of New York convicting
the defendant of reckless driving.

*Charles E. Le Barbier* for appellant.

*Joab H. Banton, District Attorney* (*William B. Moore*
of counsel), for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

———————

CHARLES LOCKWOOD, on Behalf of Himself and Other
Stockholders of GENERAL ABRASIVE COMPANY, Plain-
tiff, *v.* GENERAL ABRASIVE COMPANY, Respondent.

ARTHUR J. SKINNER, Intervenor, Appellant.

*Corporations — stockholders — apportionment of dividends between com-
mon and preferred stockholders.*

*Lockwood* v. *General Abrasive Co.*, 210 App. Div. 141, affirmed.
(Argued February 26, 1925; decided March 31, 1925.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered September 24, 1924, modifying and affirming as
modified a judgment of Special Term directing the manner
in which dividends of defendant should be apportioned
between the common and preferred stockholders. The
question was whether, under the provisions of the certifi-
cate of incorporation, the common stockholders of the
corporation are entitled to receive back dividends before

a sum in excess of seven dollars in any one year is paid in dividends to the preferred stockholders.

*Thomas R. Wheeler* for appellant.

*Basil Robillard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

GAETANO CAGGIANO, as Administrator of the Estate of ANTHONY CAGGIANO, Deceased, Respondent, *v.* GEORGE S. TRAYSER, Appellant.

*Negligence — motor vehicles — boy struck while standing behind wagon by automobile approaching from rear.*

*Caggiano* v. *Trayser*, 210 App. Div. 877, affirmed.

(Argued February 26, 1925; decided March 31, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1924, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. Intestate, a boy twelve years of age, with two others on roller skates were following a wagon up Fifth avenue in the city of New York. At Thirteenth street the wagon stopped to permit the east and west traffic to pass and while the boys were standing behind the wagon, intestate was struck by defendant's automobile approaching from the rear.

*Clarence S. Zipp* and *E. C. Sherwood* for appellant.

*Jacob Zelenko* and *Benjamin Weissman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

38